UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JOSHUA A. DICKENS,

                Plaintiff,

   v.

NAPHCARE,

               Defendant.

CASE NO. 3:23-CV-5934-DGE-DWC

REPORT AND RECOMMENDATION

Noting Date: March 22, 2024

      The District Court has referred this action filed under 42 U.S.C. § 1983 to United States Magistrate Judge David W. Christel. On November 17, 2023, the Court screened Plaintiff Joshua Dickens's proposed complaint (Dkt. 1-2) pursuant to 28 U.S.C § 1915A. Dkt. 8. As part of that screening, the Court found Plaintiff had failed to state a claim and granted him leave to file an amended complaint by December 18, 2023. *Id.* On December 22, 2023, the Court received Plaintiff's amended complaint, which was not signed or dated. Dkt. 9. That same day, the Clerk of Court sent Plaintiff a Notice of Filing Deficiency, informing him he needed to sign his amended complaint. Dkt. 10.

REPORT AND RECOMMENDATION - 1

Thirty days passed with nothing filed by Plaintiff. So, on January 23, 2024, the Court struck the unsigned pleadings and ordered Plaintiff to file a corrected amended complaint by February 21, 2024. Dkt. 11. Plaintiff was also warned his failure to file an amended complaint by the court-imposed deadline would result in a recommendation his action be dismissed without prejudice. *Id.* The filing deadline has now elapsed with nothing filed by Plaintiff. Accordingly, the undersigned recommends this action be dismissed without prejudice for failure to prosecute and for failure to comply with a court order.

Pursuant to 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b), the parties shall have fourteen (14) days from service of this report to file written objections. *See also* Fed. R. Civ. P. 6. Failure to file objections will result in a waiver of those objections for purposes of *de novo* review by the district judge, *see* 28 U.S.C. § 636(b)(1)(C), and can result in a waiver of those objections for purposes of appeal. *See Thomas v. Arn*, 474 U.S. 140, 142 (1985); *Miranda v. Anchondo*, 684 F.3d 844, 848 (9th Cir. 2012) (citations omitted). Accommodating the time limit imposed by Fed. R. Civ. P. 72(b), the Clerk is directed to set the matter for consideration on March 22, 2024, as noted in the caption.

Dated this 5th day of March, 2024.

David W. Christel
United States Magistrate Judge

REPORT AND RECOMMENDATION - 2