1

2

3

4

5

6

7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JOSHUA A. DICKENS,

                         Plaintiff,

    v.

NAPHCARE, et al.,

                       Defendants.

CASE NO. 3:23-cv-05934-DGE-DWC

ORDER ADOPTING REPORT AND RECOMMENDATION (DKT. NO. 12)

      The Court, having reviewed *de novo* the Report and Recommendation (Dkt. No. 12) of United States Magistrate Judge David W. Christel and the remaining record, and no objection having been filed, ORDERS that:

    1.  The Court ADOPTS the Report and Recommendation (Dkt. No. 12);

    2.  This case is DISMISSED without prejudice for failure to prosecute; and

    3.  The Clerk is directed to send copies of this Order to Plaintiff, counsel for Defendants, and the Honorable David W. Christel.

Dated this 8th day of April 2024.

David G. Estudillo
United States District Judge